# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CLAYVEON HOWARD,**                                                        **PLAINTIFF**
**# 254144**

v.                  **CASE NO: 4:22-CV-00889-JM-JTK**

**MCFADDEN,** *et al.*                                                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 27th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE